

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of P.D.H., K.R.H., and T.H., Children

No. 06-23-00089-CV

Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. 91337). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 5, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk